UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : Cr No. 07-124 T

JOHN PERRAS :

NOTICE OF INTENTION TO ENTER GUILTY PLEA

NOW comes the defendant, John Perras, and notifies the court, through his counsel, that he intends to plead guilty to the instant indictment. Counsel certifies that he has reviewed with Mr. Perras all of the rights he would give up by entering a plea of guilty. Further, counsel has discussed with Mr. Perras the court's plea colloquy.

JOHN PERRAS,
By his attorney,

/s/ Edward C. Roy, Esquire
ASSISTANT FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Sandra R. Beckner, AUSA on the 24th day of October, 2007 by way of ECF case filing.

/s/ Edward C. Roy, Esquire