UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : Cr No. 07-124 T

JOHN PERRAS :

DEFENDANT'S MOTION FOR LEAVE TO FILE OBJECTION TO PRE-SENTENCE REPORT OUT OF TIME

NOW comes the defendant, John Perras, and moves for leave to file an objection to the Pre-Sentence Report out of time, one day late, on the grounds that defense counsel was out of the office ill on February 19, 2008 and unable to file the objection that is being filed on February 20, 2008, simultaneously with the filing of this motion.

JOHN PERRAS,
By his attorney,

/s/ Edward C. Roy, Esquire
ASSISTANT FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Sandra R. Beckner, AUSA on the 20th day of February, 2008 by way of ECF case filing.

/s/ Edward C. Roy, Esquire