ATTACHMENT

Memorandum of Interview
08/10/07, approximately 1500 hrs
Cranston Police Department, Cranston, RI

Subject: John Paul Perras
Interviewers: SA Caroline O'Brien-Buster, and Detective Thom Okolowitcz, Cranston Police Department.

On 08/10/07, John Perras was advised of his Miranda Warnings both verbally and in writing via USSS SSF 1737B. Perras subsequently voluntarily waived his rights and agreed to be interviewed.

Perras stated he has been manufacturing counterfeit checks for the past three year, stating "its easy money, I can't seem to help myself." Perras stated he has been arrested for counterfeit checks in the past, however, never "getting into any real trouble for it." Perras stated, "Wow Secret Service, I can't believe you're involved."

Perras stated he would either use his friend Jason Turcios computer or John Mullen's sister (Saffiyah Abdullah) computer to make the checks on. Perras stated he would buy check stock from Comp USA, and using the software, Check Soft or Versa Check, he would reproduce checks.

Perras stated he has a friend named David Chavez who works at a Citizens Bank Call center. Perras stated Chavez would provide him with account information and check numbers from business accounts with at least $50,000.00 in them. Perras stated he would give Chavez a couple hundred dollars for each account he provide to him.

Perras stated he would then look up the company on the internet, get the company logo, and reproduce it on the check template, always making the checks drawn on Citizens Bank. Perras stated he would make the check out to one of his friends and they would go to any Citizens Bank to cash it. Perras stated he would keep half and give the other half to whoever cashed the check.

Perras stated he would also take his friends work checks, scan them into his computer and manipulate them on his check template, only changing the payee and the check number. Perras stated the most important part of the check was the check number. "You always have to make sure your using check numbers that haven't been used yet." Perras stated he would also trace the signature from the original check, scan it into his computer, and cut and paste it onto the check template.

Perras stated that it was "so easy to trick Citizens bank out of money, they should really increase their security on their check cashing policy." Perras stated he tried to cash some checks drawn on Bank of America, however, "they have some type of security strip in their checks or something, because they wouldn't work." Perras did state, he deposited some of his counterfeit checks into his Domestic Bank account, which were cashed.

Perras stated he did not believe he could stop manufacturing counterfeit checks, stating again, "it's so easy to make fast money." At this time, Perras showed me a large tattoo on his hand which stated "easy money" with $$$$ surrounding it. Perras inquired as to whether or not he could get help while he is in prison, for his money addiction.

Perras stated he had various people, mostly friends of friends that would cash the checks for him. Perras provided the names of his friends and the businesses he used.

Perras voluntarily provided a written statement regarding the above reporting.