# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. CR07-124-01T***

***To:*** ***Warden***
***ACI***
***Cranston, RI 02920***

YOU ARE HEREBY COMMANDED, to have the **body** of **John Perras**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Senior District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at ~~**9:15 o'clock**~~ 11:00 am **a.m.**, on the **13th** day of **March, 2008**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby ... return that
I did ... court
the w... ,
on the ... ordered.

Deputy U.S. Marshal

Return unexecuted, court appearance cancelled.

Deputy U.S. Marshal

WITNESS the Honorable **Ernest C. Torres**,

United States Senior District Judge at Providence, RI
Dated: November 16, 2007.

David A. DiMarzio, Clerk

Sentencing

***By*** ____________________
***Ryan Jackson - Deputy Clerk***