UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 07-124 T

JOHN PERRAS :

DEFENDANT'S MOTION TO AMEND JUDGMENT

NOW comes the defendant, John Perras, and moves that this Honorable Court amend the judgment in this case to reflect this court's recommendation that Mr Perras' sentence in this case be imposed concurrently with a State of Rhode Island sentence imposed on March 18, 2008. Counsel has attached a copy of the State of Rhode Island warrant for commitment, in case number P2/07-283A. That document indicates that the State of Rhode Island sentence was imposed concurrently with the sentence imposed by this court. Counsel has contacted the United States Marshall's office and was informed that unless this court were to amend the judgment to reflect a recommendation that the sentence imposed by this court run concurrently, the Bureau of Prisons will not take custody of the defendant until his State of Rhode Island sentence expires. Defense counsel did address this issue at sentencing, however, as of the date of sentencing, no State of Rhode Island sentence had been imposed.

WHEREFORE, the defendant prays that this Honorable Court amend the judgment entered in this case to reflect a recommendation that the sentence imposed in this case be served concurrently with the sentence imposed in Rhode Island Superior Court in case number P2/07-283A.

John Perras,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Sandra Beckner, AUSA and on Kristin Mattias, USPO on the 16th day of April, 2008.

/s/ Edward C. Roy, Esquire