STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CORRECTED:
DATE:
TIME:

# CRIMINAL CASE ACTION / WARRANT FOR COMMITMENT

❑ *Providence County* ❑ *Newport County* ❑ *Kent County* ❑ *Washington County*

**1. DEFENDANT** John Parra ❑ APPEARS ❑ DOES NOT APPEAR DOB: 4-12-83

DEFENDANT ADDRESS ❑ CHANGE OF

| CASE NO. | DC CASE NO. | B.C.I. NO. | ACTION DATE |
|---|---|---|---|
| P2-07-2834A | | 10055598 | 3/18/08 |

PROSECUTOR: Kenyl JUDGE: Krause CLERK:

DEFENDANT'S ATTORNEY: FIRST LAST Steinfeld

❑ **PRI** PRIVATE ❑ **PDF** PUB DEFNDR ❑ **CRT** COURT APPOINTED ❑ **PRO** PRO SE ❑ **EOA** ENTRY APPRNC FILD

**2. PROCEEDING(S):** ❑ **BRV** BAIL REVIEW ❑ **PTW** PETITION TO WAIVE ❑ **OTHER**
❑ **PAC** PRE-ARRAIGNMENT CONF ❑ **ARR** ARRAIGNMENT ❑ **DAT** DET. ATTY ❑ **BAH** BAIL HRG
❑ **COH** COMPTNCY HRG ❑ **COR** COMPTNCY RPT ❑ **VIO** PRESNT AS VIOLTR ❑ **WAR** WAR CANC
❑ **VBL** VIOLTN BAIL ❑ **DIS** DSPOSTN ❑ **PTC** PRE-TRL CNF ❑ **TRL** TRIAL ❑ **SEN** SENTNCNG
❑ **EOS** EXEC OF SENT ☒ **VIH** VIOLTN HEARING ❑ **SOV** SNT VIOLATION ❑ **PRV** PROBATION REVIEW
❑ **RVW** REVIEW ❑ **TVH** TECH VIOLTN HEAR ❑ **MOT** MOTION ❑ **STC** STATUS CONF
❑ **CRV** COST REVIEW ❑ **RRV** RESTITUTION REVIEW ❑ **SVR** SENT ON VIOL. OF RESTITUTION
❑ DEF / STATE MOT. TO / FOR ____ ❑ **GT** GRANTED ❑ **DN** DENIED
❑ DEF / STATE MOT. TO / FOR ____ ❑ **GT** GRANTED ❑ **DN** DENIED

**3. PLEA AT INITIAL ARRAIGNMENT:** ❑ **ANG** NOT GUILTY ❑ GUILTY ❑ **RPD** REFD TO PD ❑ **PNI** PRETRL NOTICE ISSUED
❑ NOLO CONTENDRE ❑ **RDV** REFERRED TO DIVERSION

CONTINUED FOR/TO: BEFORE JUDGE:
CONTINUED DATE: REASON:
REQUESTING CONTINUANCE ❑ **C** COURT ❑ **S** STATE ❑ **D** DEF ❑ **M** MUTUAL AGREEMENT

| 4. BAIL STATUS: | COUNT | CHARGES | AMOUNT OF BAIL |
|---|---|---|---|
| ❑ **PR** PERSONAL RECOG. | | | |
| ❑ **SU** SURETY | | | |
| ❑ **CS** CASH | | | |
| ❑ **NB** HELD WITHOUT BAIL | | | |

❑ OTHER HOLDS ❑ RELEASE CASH HOLD ❑ RELEASE HOLD
❑ **COMMITTED** ☒ **REMANDED TO:** ☒ **AC** ADULT CORREC INST ❑ **IM** INST MENTAL HLTH
❑ **WI** WARRANT ISSUED ❑ **VRP** VIOLATION REPORT FILED ❑ **CO** CONTD ON SAME ____ SUSP SNT, DFRD, PROB, BAIL, PR
❑ **WC** WARRANT CNCLED ❑ **VRW** VIOLATION WITHDRAWN
❑ *WALK IN* ☒ **ADV** WAIVES/ADMITS TO BE VIOL ❑ **SR** ____ SUSPENDED, SENTENCE REMOVED
❑ **DEV** DECLARED A VIOLATOR
❑ **DNV** DECLARED NOT A VIOLATOR $ ____ ❑ **RV** PR REVOKED ❑ **BR** BAIL REVOKED

**5. DISPOSITION/SENTENCING:** ❑ **RNG** CHANGE OF PLEA ❑ **CCA** CHRG AMNDED W/CONSENT OF DEF
❑ **PSW** PRESENT RPT WAIVED ❑ **POR** PRESENT REPORT ORDERED AND DUE ON ____
❑ **NON** NON-JURY TRIAL ❑ **TRI** JURY TRIAL

| AMENDED CHRG. COUNT | LESSER OFF. | DISP/ PLEA | SENT DFRD. **DF** | FULL SENT **FS** | TRM TO SRVE **TS** | SUSP. TRM **SS** | PROB. TRM **PR** | FINE AMT **FI** | REST AMT **RE** | UPON REL **UR** |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Guilty | | 10YR | 5 YR | 5 YR | 5 YR | | | |
| 2 | | Guilty | | 10YR | 5YR | 5YR | 5YR | | | |
| | | | | | | | | | | |
| 3 | 48A | | | | | | | | | |
| | | | | | | | | | | |

❑ **CS** CONSECUTIVE ☒ **CR** CONCURRENT ❑ RETROACTIVE DATE: 10-17-07
❑ MIN STATUTORY DRUG ASSESS. ❑ **SO** SEXUAL OFFENDER OTHER:

REMARKS: concurrent with fed case (07-124-T)

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

HABEAS IN: ____ DATE
ORDER FILE(S): ____ CASE NO.

YELLOW - COURT WHITE - CORRECTIONS PINK - SCHEDULING GREEN - PROBATION

SR-12 (Rev. 10/07)