1 of 2 DOCUMENTS

**UNITED STATES OF AMERICA, Plaintiff-Appellee v. SERGIO MARTINEZ-GUERRERO, also known as Tony Guerrero-Salvador, Defendant-Appellant**

**No. 07-10787 Conference Calendar**

**UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

**2008 U.S. App. LEXIS 1983**

**January 30, 2008, Filed**

**NOTICE:** PLEASE REFER TO FEDERAL RULES OF APPELLATE PROCEDURE RULE 32.1 GOVERNING THE CITATION TO UNPUBLISHED OPINIONS.

**SUBSEQUENT HISTORY:** Petition for certiorari filed at, 04/29/2008

**PRIOR HISTORY:** [*1]
Appeal from the United States District Court for the Northern District of Texas. USDC No. 5:07-CR-14-ALL.

**COUNSEL:** For UNITED STATES OF AMERICA, Plaintiff - Appellee: Denise B Williams, US Attorney's Office, Northern District of Texas, Lubbock, TX.

For SERGIO MARTINEZ-GUERRERO, aka Tony Guerrero-Salvador, Defendant - Appellant: Jerry V Beard, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Fort Worth, TX.

**JUDGES:** Before REAVLEY, BENAVIDES, and ELROD, Circuit Judges.

**OPINION**

PER CURIAM: *

> * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Appealing the Judgment in a Criminal Case, Sergio Martinez-Guerrero presents arguments that he concedes are foreclosed by *United States v. Brown*, 920 F.2d 1212, 1216-17 (5th Cir. 1991), *abrogated on other grounds by United States v. Candia*, 454 F.3d 468, 472-73 (5th Cir. 2006), which held that a district court may order a term of imprisonment to run consecutively with an unimposed state sentence. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court [*2] is AFFIRMED.